UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:

ANTOINE PHILISTIN,

    Plaintiff,

**JURY TRIAL DEMANDED**

vs.

COUNTY SODA SYSTEMS, INC.,
a Florida Corporation,

    Defendant.
_____/

## COMPLAINT FOR DAMAGES

Plaintiff, ANTOINE PHILISTIN ("Plaintiff"), through his undersigned counsel, files this Complaint for Damages against Defendant, COUNTY SODA SYSTEMS, INC., a Florida Corporation, and states as follows:

## INTRODUCTION

1. This is an action to recover unpaid overtime wage compensation under the Fair Labor Standards Act, as amended, 29 U.S.C. § 201 *et. seq,* (hereinafter "FLSA").

## JURISDICTION

2. This Court has jurisdiction over this controversy pursuant to 29 U.S.C. §216(b) and 28 U.S.C. §1331. At all times pertinent to this Complaint, Defendant, COUNTY SODA SYSTEMS, INC. was an enterprise engaged in interstate commerce. At all times pertinent to this Complaint, Defendant, COUNTY SODA SYSTEMS, INC. regularly owned and operated a business engaged in commerce or in the production of goods for commerce as defined in §3(r) and 3(s) of the FLSA, 29 U.S.C. §203(r) and 203(s).

3. Defendant, COUNTY SODA SYSTEMS, INC. operates a beverage manufacturing plant located at 2085 North Powerline Road, Pompano Beach, Florida. Plaintiff's work involved handling on a regular and recurrent basis "goods" or "materials," as defined by the FLSA, which were used commercially in Defendant, COUNTY SODA SYSTEMS, INC.'S business, and moved in interstate commerce.

4. Upon information and belief, during the relevant time period, Defendant, COUNTY SODA SYSTEMS, INC. had an annual gross volume of sales made or business done of not less than $500,000.00.

5. Defendant, COUNTY SODA SYSTEMS, INC. is subject to the jurisdiction of this Court because it engages in substantial and not isolated activity within the Southern District of Florida.

6. Defendant, COUNTY SODA SYSTEMS, INC. is also subject to the jurisdiction of this Court because it operates, conducts, engages in, and/or carries on business in the Southern District of Florida.

## VENUE

7. The venue of this Court over this controversy is based upon the following:

    a. The unlawful employment practices alleged below occurred and/or were committed in the Southern District of Florida; and

    b. Defendant, COUNTY SODA SYSTEMS, INC. is and continues to be a corporation doing business within the Southern District of Florida.

## PARTIES

8. At all times material hereto, Plaintiff, ANTOINE PHILISTIN, was and continues to be a resident of Sunrise, Broward County, Florida, and was an "employee" of the Defendant, COUNTY SODA SYSTEMS, INC. within the meaning of the FLSA.

9. At all times material hereto, Defendant, COUNTY SODA SYSTEMS, INC. was conducting business in Pompano Beach, Broward County, Florida, with its principal place of business in that city.

10. At all times material hereto, Defendant, COUNTY SODA SYSTEMS, INC. was the employer of Plaintiff, ANTOINE PHILISTIN.

11. At all times material hereto, Defendant, COUNTY SODA SYSTEMS, INC. was and continues to be an "employer" within the meaning of the FLSA.

12. At all times material hereto, Defendant, COUNTY SODA SYSTEMS, INC. knowingly and willfully failed to pay Plaintiff, ANTOINE PHILISTIN his lawfully earned wages in conformance with the FLSA.

13. Defendant, COUNTY SODA SYSTEMS, INC. committed a willful and unlawful violation of the FLSA and, therefore, is liable for monetary damages.

14. At all times material hereto, Defendant, COUNTY SODA SYSTEMS, INC. was and continues to be an "enterprise engaged in commerce" within the meaning of the FLSA.

15. At all times material hereto, the work performed by Plaintiff, ANTOINE PHILISTIN, was directly essential to the business performed by Defendant.

16. Plaintiff, ANTOINE PHILISTIN, has fulfilled all conditions precedent to the institution of this action and/or such conditions have been waived.

## STATEMENT OF FACTS

17. More than nine (9) years ago, Plaintiff, ANTOINE PHILISTIN was hired by Defendant, COUNTY SODA SYSTEMS, INC. as a driver and technician at Defendant's North Powerline Road location. His employment ended on or about September 21, 2015.

18. Plaintiff, ANTOINE PHILISTIN was paid an hourly rate of $13.00 per hour.

19. Defendant, COUNTY SODA SYSTEMS, INC. knowingly and willfully operated its business with a policy of not paying wages in conformance with the applicable law, to Plaintiff, ANTOINE PHILISTIN.

20. Plaintiff has retained Douglas E. Ede and The Madalon Law Firm to represent him in this litigation and has agreed to pay them a reasonable fee for their services.

## STATEMENT OF CLAIM:

### COUNT I

### VIOLATION OF 29 U.S.C. § 207 (UNPAID OVERTIME)

21. Plaintiff, ANTOINE PHILISTIN, adopts and incorporates paragraphs 1 through 20 as if fully set forth herein.

22. Plaintiff, ANTOINE PHILISTIN'S employment with Defendant, COUNTY SODA SYSTEMS, INC. was to consist of a normal work week for which he should have received time and one-half for his hours worked in excess of the maximum hours provided for in the FLSA.

23. During Plaintiff's employment, Plaintiff worked hours in excess of forty (40) per week for which he was not compensated at the statutory rate of time and one-half for all of his hours. Plaintiff, ANTOINE PHILISTIN, was entitled to be paid at the rate of time and one-half for all his hours worked in excess of the maximum hours provided for in the FLSA.

24. Records, if any, concerning the number of hours worked by Plaintiff and the actual compensation paid to Plaintiff are in the possession and custody of Defendant, COUNTY SODA SYSTEMS, INC. Plaintiff, ANTOINE PHILISTIN, intends to obtain these records by appropriate discovery proceedings to be taken promptly in this case and, if necessary, he will then seek leave of Court to amend his Complaint for Damages to set forth the precise amount due him.

25. Defendant, COUNTY SODA SYSTEMS, INC. knew of and/or showed a willful disregard for the provisions of the FLSA as evidenced by its failure to compensate Plaintiff, ANTOINE PHILISTIN, at the statutory rate of time and one-half for all the hours he worked in excess of forty (40) hours per week when it knew or should have known such was due.

26. Defendant, COUNTY SODA SYSTEMS, INC. failed to properly disclose or apprise Plaintiff, ANTOINE PHILISTIN of his rights under the FLSA.

27. As a direct and proximate result of Defendant, COUNTY SODA SYSTEMS, INC.'S willful disregard of the FLSA, Plaintiff, ANTOINE PHILISTIN, is entitled to liquidated damages pursuant to the FLSA.

28. Due to the willful and unlawful actions of the Defendant, COUNTY SODA SYSTEMS, INC., Plaintiff, ANTOINE PHILISTIN, has suffered damages in the amount not presently ascertainable of unpaid overtime wages, plus an equal amount as liquidated damages.

29. Plaintiff is entitled to an award of his reasonable attorney's fees and costs pursuant to 29 U.S.C. § 216(b).

   WHEREFORE, Plaintiff, ANTOINE PHILISTIN, respectfully requests that judgment be entered in his favor against the Defendant, COUNTY SODA SYSTEMS, INC.:

a. Declaring that Defendant, COUNTY SODA SYSTEMS, INC. violated the overtime provisions of 29 U.S.C. § 207;

b. Awarding Plaintiff overtime compensation in the amount calculated;

c. Awarding Plaintiff liquidated damages in the amount calculated;

d. Awarding Plaintiff reasonable attorney's fees and costs and expenses of this litigation pursuant to 29 U.S.C. § 216(b);

e. Awarding Plaintiff post-judgment interest; and

f. Ordering any other and further relief this Court deems to be just and proper.

## JURY DEMAND

Plaintiff demands trial by jury on all issues so triable as of right by jury.

DATED: March 15th, 2016.

The Madalon Law Firm
Attorneys for Plaintiff
100 North Federal Hwy.,
Suite CU-5, 4th Floor
Fort Lauderdale, FL  33301
Telephone:  (954) 923-0072
Facsimile:  (954) 923-0074
Email:  doug@madalonlaw.com
           pleadings@madalonlaw.com

By: _____
       Douglas E. Ede, Esq.